**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **David Warren,** | **Case No: 2:12-cv-03113-JAM-AC** |
| **Plaintiff,** | |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| **Severaid & Glahn, PC, and The Crosswoods Homeowners' Association,** | **HON. JOHN A. MENDEZ** |
| **Defendants** | |

Based upon the Stipulation for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.


Dated: 11/26/2013         /s/ John A. Mendez_____
                          HON. JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE